

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00074-CR

| | | |
|---|---|---|
| BRENT CRENSHAW, Appellant | § | On Appeal from the 372nd District Court |
| | § | of Tarrant County (1797353) |
| V. | § | December 19, 2024 |
| | § | Memorandum Opinion by Justice Kerr |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's judgment. We affirm the trial court's judgment of the felony-murder conviction, but we reverse the trial court's judgment as to punishment and remand this case to the trial court for a new punishment hearing consistent with our opinion.

SECOND DISTRICT COURT OF APPEALS


By _/s/ Elizabeth Kerr_____
    Justice Elizabeth Kerr